```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    DAEON BAILES
 7

 8
                     IN THE UNITED STATES DISTRICT COURT
 9
                    FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12  UNITED STATES OF AMERICA,      )  NO. CR. S-05-0124 EJG
                                   )
13              Plaintiff,         )
                                   )  STIPULATION AND ORDER CONTINUING
14       v.                        )  STATUS CONFERENCE
                                   )
15  DAEON BAILES,                  )
                                   )  Date:  October 7, 2005
16              Defendant.         )  Time:  10:00 a.m.
                                   )  Judge: Hon. Edward J. Garcia
17  _____)

18
```

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Daeon Bailes, that the trial confirmation hearing and jury trial dates (October 7 and 24, respectively) may be vacated and a status conference scheduled for October 21, 2005, at 10:00 a.m.

   The defense has completed its investigation of the charges.  After the case was reassigned within the U.S. Attorney's Office, additional discovery was provided.  Mr. Bailes and his counsel seek time to discuss resolving the case without trial but counsel for the parties will not be able to meet until October 7, the date presently scheduled for trial confirmation hearing.  So that these tasks may be completed, the parties agree that the ends of justice to be served

1  by a continuance outweigh the best interests of the public and the defendant in
2  a speedy trial and that time under the Speedy Trial Act may be excluded from the
3  date of this Order through October 21, 2005, pursuant to 18 U.S.C. §
4  3161(h)(8)(A) and (B)(iv)(Local Code T4).

```
                                          Respectfully submitted,

                                          QUIN DENVIR
                                          Federal Defender


Dated: October 4, 2005                    /s/ T. Zindel
                                          TIMOTHY ZINDEL
                                          Assistant Federal Defender
                                          Attorney for DAEON BAILES


                                          McGREGOR SCOTT
                                          United States Attorney


Dated: October 4, 2005                    /s/ T. Zindel for E. Endrizzi
                                          ELLEN ENDRIZZI
                                          Assistant U.S. Attorney
```

# O R D E R

The trial confirmation hearing and jury trial dates are vacated and a status conference is scheduled for October 21, 2005, at 10:00 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons set forth above and by agreement of the parties.

IT IS SO ORDERED.

```
Dated: October 5, 2005                    /s/ Edward J. Garcia
                                          HON. EDWARD J. GARCIA
                                          United States District Judge
```

2