UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:05 CR 0124 EJG<br>**NEW CASE NO. 2:05 CR 0124 LJO** |
| Plaintiff, | **ORDER TO RELATE ACTIONS AND TO REASSIGN DISTRICT JUDGE** |
| vs. | |
| DEAON BAILES, | |
| Defendant.<br>_____/ | |

Review of the above-captioned action reveals that it is related under this Court's Local Rule 123 to the action entitled *United States of America v. Deaon Bailes*, Case No. 1:08 CR 0139 LJO. The actions involve the same or similar parties, properties, claims, events and/or questions of fact or law. Accordingly, assignment of the actions to the same district judge will promote convenience, efficiency and economy for the Court and parties. An order relating cases under this Court's Local Rule 123 merely assigns them to the same district judge, and no consolidation of cases is effected.

On the basis of good cause, this Court ORDERS that the above-captioned action is reassigned to U.S. District Judge Lawrence J. O'Neill with a new **Case No. 2:05 CR 0124 LJO**

to reflect its reassignment to District Judge O'Neill. All documents shall bear the new **Case No. 2:05 CR 0124 LJO**.

IT IS SO ORDERED.

Dated:   **August 16, 2013**                              **/s/ Lawrence J. O'Neill**
                                                                                  UNITED STATES DISTRICT JUDGE